UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

Robert Davenport, SR.,

    Plaintiff,

V.                              Case No. 20-2307

FAIRLAWN REAL ESTATE,

    Defendant

COMPLAINT

1 At all times herein after mention, plaintiff is and was a resident of Champaign Illinois.

2 Defendant, Fairlawn Real Estate, is a corporation incorporated, is registered under the laws of Illinois and having a main office at 2500 Galen Drive Suite 10 Champaign IL. 61821

Jurisdiction

3 The Court has federal question jurisdiction over this action pursuant to Title 28 (U.S.C.) 1331.

4 And the basic of this (DEFRAMATION claim) arising under federal law pursuant to Title 28 (U.S.C.) 4101.

Defendant's Violations

5 Improperly withheld plaintiff refund

6 Plaintiff has disputed charges also challenge the accuracy of the defamation. See exhibit page #1
Defendant has not responded to Plaintiffs letter of dispute by providing evidence of the alleged debt, to Plaintiff.

7 Defendant has failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff within the 30 day period as required by law.

8 Defendant has not notified Plaintiff of any determination that Plaintiff's dispute is frivolous within the 5 days required by U.S.C., nor at any other time.

9 Plaintiff didn't read the 10 page or so lease toughly, just excited about not beaning homeless.

10 plaintiffs were notified by mail that smoking was prohibited and given a 10 day notice to correct the problem or vacate the premises. Dated, March 16, 2018 see exhibit page # 2

11 Plaintiff corrected the problem within the (10 day) period giving the plaintiff. And remanded in the unit years later, Also told it has been a pleasure having the plaintiff as a resident and would like to extend a 12 month renewal offer. See exhibit page # 3

12 Moving forward to March, 2020 plaintiff declined the renewal offer. And was advised that a new tenant will be accepting the unit starting April, 2020.Two (2) or Three (3) months later plaintiff was notified that present tenant states that the person who lived there before smoked. See exhibit page #4.

13 Plaintiff was very upset because of the defamatory statements contained in the publication accused plaintiff of committing a crime. Plaintiff never smoked in that unit after being warned and the problem corrected Dated March, 2018

Prayer for Relief

14 WHERFORE,

1 Plaintiff seeks a reasonable and fair judgment against defendant for willful-noncompliance of federal and state law.
2 Its reckless conduct
3 Obtained hearsay information and used it illegally knowingly
4 Actual damages
5 Assumed damages
6 Punitive damages
Total Damages of $78,344.00
7 Permanent injunction against Defendant from reporting 'libel' 'Slander' defamation about Plaintiff
8 Permanent injunctions against Defendant for attempting to sell or selling this alleged debt to any other party
9 Removal of alleged debt
10 Any further relief which the court may deem appropriate

Respectfully Submitted,

*[signature]*

Robert B Davenport Sr.
Plaintiff, Pro se